**DISMISS; and Opinion Filed January 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01326-CV

**CHARLA LOGSDON, AS NEXT FRIEND OF JORDAN LOGSDON, Appellant**

**V.**

**FREDDIE CROSS AND EVA CROSS, Appellees**

On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-00705-2013

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Brown

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that she no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

141326F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLA LOGSDON, AS NEXT FRIEND OF JORDAN LOGSDON, Appellant

No. 05-14-01326-CV        V.

FREDDIE CROSS AND EVA CROSS, Appellees

On Appeal from the 417th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 417-00705-2013.
Opinion delivered by Justice Brown.
Justices Lang and Whitehill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees FREDDIE CROSS and EVA CROSS recover their costs of this appeal from appellant CHARLA LOGSDON, AS NEXT FRIEND OF JORDAN LOGSDON.

Judgment entered this 13th day of January, 2015.